| | |
|---|---|
| Palani Karupaiyan<br><br>Vs<br><br>Experis IT | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Docket# 20-Cv-1305 (MKV) |

## Notice of Motion

USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/9/2020

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation **Palani Karupaiya**n  sworn to or affirmed Jan 10 2018 ~~and upon the complaint herein~~, plaintiff will move this Court, __MKV__ Judge)_, U.S.D.J., in room___ , United States Courthouse, 500 Pearl St, New York, NY 10007, on the _____ (day) day of ____(Month) , 20 , at (time) or as soon thereafter as counsel/pro se can be heard, for an order pursuant to Rule___ of the Federal Rules of Civil Procedure granting for

**Dismiss the case without prejudice and permission to refile when right to sue letter is available or any reasonable cause**

Dated: Jun 6 2020

Place

Signature

Palani Karupaiyan

212 470 2048(m)

palanikay@gmail.com

| | |
|---|---|
| Palani Karupaiyan<br><br>Vs<br><br>Experis IT et al | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK<br><br>Docket# 20-Cv-1305 (MKV |

**AFFIDAVIT/AFFIRMATION    IN SUPPORT OF MOTION**

# AFFIDAVIT/AFFIRMATION

I, **Palani Karupaiyan** , [BEING DULY SWORN] deposes and says [or: makes the following affirmation under the penalties of perjury]:

I,**Palani Karupaiyan**, am the plaintiff in the above- **Palani Karupaiyan** , entitled action, and respectfully move this Court to issue an order
**Dismiss the case without prejudice and permission to refile when right to sue letter is available or any reasonable cause**


(state what you are seeking)
The reason why I am entitled to the relief I seek is the following:
1) Plaintiff filed charge sheet with EEOC timely against Experis.
2) EEOC did not give the right to sue letter to the plaintiff yet. Now I have requested the EEOC to provide the right to sue letter. Im not sure the timeframe when the eeoc should provide the right to sue letter to me.
3) For any and all reason stated above plaintiff pray this court for dismiss the case without prejudice and give permission to refile when the right to sue letter arrive the plaintiff or any reasonable cause.
4) Also Plaintiff praying for any and all benefit plaintiff entitled by this motion.

WHEREFORE, I respectfully request that the Court grant the within motion, as well as such other and further relief that may
be just and proper.  Use this format below if preparing an affidavit (requires a notary public)
Sworn to me before this day of ____, 20 Your name :Notary Public
------------------------------------------------------------------
**OR:**
WHEREFORE, I respectfully request that the Court grant the within motion, as well as such other and further relief that may be just and proper.   Use this format below if preparing an affirmation

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  _Jun 6 2020_____ (Date)                    Your Signature
                                                        Palani Karupaiyan

| Palani Karupaiyan | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| Vs | |
| Experis IT et al | Docket# 20-Cv-1305 (MKV |

## Affirmation of Service

I, Palani Karupiyan, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and affirmation/Affidavit in support upon

**Dismiss the case without prejudice and permission to refile when right to sue letter is available or any reasonable cause**

Whose address is :

Experis IT 99 Park Avenue New York, NY 10016   (thru regular usps  mail)

Samantha Moore Experis IT 99 Park Avenue New York, NY 10016  (thru regular usps mail)

Date Jun 6 2020       and Signature

Palani Karupaiyan

212 470 2048(m)

palanikay@gmail.com

---

This request is GRANTED.  This case shall be dismissed WITHOUT PREJUDICE.

Date: June 9, 2020
New York, New York

Mary Kay Vyskocil
United States District Judge